DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUN - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
SUHAILA FARHAT

Chapter 13
Case No. 10-3-1831 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $600.00 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 997B | CLERK OF THE COURT FOR DREW HENWOOD 41 SUTTER STREET, STE 621 SAN FRANCISCO, CA 94104 | $600.00 |

Dated:    June 3, 2011

_____
CECILIA MARCELO
Receipts Administrator